**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000026
21-OCT-2011
08:49 AM**

NO. CAAP-10-0000026

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PFLUEGER PROPERTIES; PILA'A 400, LLC,
PlaintiffS-Appellees,
v.
ESTATE OF BENJAMIN B. CASSIDAY,
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 10-1-0227)


SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

Defendant-Appellant Estate of Benjamin B. Cassiday (Estate) appeals from the "Order Granting Plaintiffs' Motion to Stay Arbitration Filed on July 21, 2010," filed on August 30, 2010 in the Circuit Court of the First Circuit (circuit court).[1]

On appeal, Estate contends the circuit court erred by granting the Motion to Stay Arbitration filed by Plaintiffs-Appellees Pflueger Properties and Pila'a 400, LLC.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, as

---

[1] The Honorable R. Mark Browning presided.

well as the relevant statutory and case law, we conclude this appeal is without merit.

Therefore,

IT IS HEREBY ORDERED that the "Order Granting Plaintiffs' Motion to Stay Arbitration Filed on July 21, 2010," filed on August 30, 2010 in the Circuit Court of the First Circuit is affirmed.

DATED: Honolulu, Hawai'i, October 21, 2011.

On the briefs:

RICHARD E. WILSON
for Defendant-Appellant.

JOACHIM P. COX
ROBERT K. FRICKE
ABIGAIL M. HOLDEN
(Goodsill Anderson Quinn & Stifel)
(Joachim P. Cox and Robert K.
Fricke, Cox Fricke, current
counsel)
for Plaintiffs-Appellees.

Presiding Judge

Associate Judge

Associate Judge